ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Innoventer, Inc. | ) ASBCA No. 59903 |
| | ) |
| Under Contract No. FA8224-11-C-0043 | ) |

APPEARANCES FOR THE APPELLANT:    Darrell W. Cook, Esq.
Stephen W. Davis, Esq.
Darrell W. Cook & Associates
Dallas, TX

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Christopher S. Cole, Esq.
Lt Col Kevin P. Stiens, USAF
Michelle D. Coleman, Esq.
Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 10 April 2018

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59903, Appeal of Innoventer, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals